**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02665-NYW

EVANSTON INSURANCE COMPANY,
an Illinois corporation,

    Plaintiff,

v.

AMINOKIT LABORATORIES, INC.,
a Colorado corporation,
TAMEA RAE SISCO,
JONATHAN LEE,
JULIA WALKER,
BRANDON LASSLEY,
KRISTEN ORTIZ, and
H. RAI KAKKER,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF CONSENT TO THE EXERCISE OF JURISDICTION BY
A UNITED STATES MAGISTRATE JUDGE FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c) and 28 U.S.C. § 636(c)(1).

    IT IS ORDERED:

    1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**January 26, 2016 at 10:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

2. A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**January 19, 2016**

3. The parties shall complete and file the Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**January 12, 2016**

DATED: December 14, 2015

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge